STATE OF LOUISIANA           NO. 25-KH-345

VERSUS           FIFTH CIRCUIT

EDDIE J. ARMANT           COURT OF APPEAL

          STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Jalisa Walker
Deputy, Clerk of Court

August 15, 2025

Jalisa Walker
Deputy Clerk

**IN RE** EDDIE J. ARMANT

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-THIRD JUDICIAL DISTRICT COURT, PARISH OF ST JAMES, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEVEN C. TUREAU, DIVISION "D", NUMBER 25,84

---

Panel composed of Judges Jude G. Gravois,
Marc E. Johnson, and Scott U. Schlegel

**WRIT DENIED**

Relator, Eddie J. Armant, seeks review of the 23rd Judicial District Court's denial of his repetitive and successive application for postconviction relief ("APCR") under La. C.Cr.P. art. 930.4. For the following reasons, we deny Relator's writ.

Following a bench trial in 1997, Relator was found guilty of attempted second degree murder and was sentenced to forty years imprisonment at hard labor. This Court affirmed Relator's conviction and sentence. *See State v. Armant*, 97-1256 (La. App. 5 Cir. 5/27/98), 719 So.2d 510, 511-12. The Louisiana Supreme Court later denied relator's writ application. *State v. Armant*, 98-1884 (La. 11/20/98), 729 So.2d 3, and 98-1909 (La. 11/20/98), 729 So.2d 4. In the APCR and instant writ application, Relator re-urges his claims challenging his competency to proceed to trial, the sufficiency of the evidence, and the effectiveness of counsel's assistance, and also argues that his sentence has not been calculated correctly.

Relator's first two claims challenging his competency to stand trial and the sufficiency of the State's evidence were both raised on appeal, and this Court found that they lacked merit. *See Armant*, 97-1256, 719 So.2d at 512-14 (competency), 719 So.2d at 514-18 (insufficient evidence). Unless required in the interest of justice, pursuant to La. C.Cr.P. art. 930.4(A), "[a]ny claim for relief which was fully litigated in an appeal from the proceedings leading to the judgment of conviction and sentence shall not be considered." *See Wall v. Hooper*, 25-66, p. 5 (La. App. 5 Cir. 4/7/25), 2025 WL 1027477 (unpublished writ disposition).

Relator's APCR referenced La. C.Cr.P. art. 926.2, but he did not address any of the statutory requirements that must be met to submit a valid factual innocence claim. Thus, Relator's claims, lacking support as a claim of factual innocence, are untimely given that his conviction and sentence became final in 1998. *See State v. Armant*, 98-1884, 98-1909 (La. 11/20/98), 729 So.2d 3 and 729 So.2d 4.  La. C.Cr.P. art. 930.8(A) provides in pertinent part: "No application for post conviction relief, including applications which seek an out-of-time appeal, shall be considered if it is filed more than two years after the judgment of conviction and sentence has become final."

Further, we find no error in the district court's judgment regarding Relator's claims of ineffective assistance of counsel and the illegality of his sentence. Per the instant writ application's exhibits, those claims have previously been litigated in prior APCR's.

Last, to the extent he seeks review of his (parole) sentence, we remind Relator the venue for "any action in which an individual committed to the Department of Public Safety and Corrections contests the computation of his sentence or sentences, discharge, good time dates, or any action concerning parole shall be in the parish of East Baton Rouge" at the 19th Judicial District Court. La. R.S. § 15:571.15.

Accordingly, the writ is denied.

Gretna, Louisiana, this 15th day of August, 2025.

**MEJ**
**JGG**
**SUS**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/15/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-KH-345**

### E-NOTIFIED
23rd Judicial District Court (Clerk)
Honorable Steven C. Tureau (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

### MAILED
Eddie J. Armant  (Relator)
In Proper Person
10725 Mollylea Drive
Baton Rouge, LA 70815

Honorable Ricky L. Babin (Respondent)
District Attorney
Post Office Box 66
Convent, LA 70737